IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO.  06-mj-129-DRB** |
| ) | |
| **BERNETTA WILLIS** ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1.  Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence of life imprisonment or death

    _____  10 + year drug offense

    _____  Felony, with two prior convictions in the above categories

    _____  Serious risk the defendant will flee

    _____X_____  Serious risk of obstruction of justice

    _____  Felony involving a minor victim

    _____  Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____  Failure to register as a sex offender (18 U.S.C. § 2250)

2.  Reason For Detention

    The Court should detain defendant because there are no conditions of release which will

reasonably assure:

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3. Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

    _____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

    _____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

    _____    At the initial appearance

    __X__    After continuance until Wednesday, November 22, 2006.

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 20th day of November, 2006.

    LEURA G. CANARY
    United States Attorney

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.   06-mj-129-DRB |
| | ) | |
| **BERNETTA WILLIS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tim Halstrom.

    Respectfully submitted,
    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    christopher.a.snyder@usdoj.gov