COURTROOM DEPUTY MINUTES  DATE: 11-20-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:25 - 3:35 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **DRB**   DEPUTY CLERK: **sql**

CASE NO.: **2:06mj129-DRB**   DEFT. NAME: **Bernetta WILLIS**

USA: ~~Morris~~ **Branson**   ATTY: **Butler**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: **Martin**

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES NAME: _____

| | | |
|---|---|---|
| ☑kars. | Date of Arrest **11-17-06** or ☐ karsr40 | |
| ☑kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☑kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☑kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☑ | Preliminary Hearing ☑ Set for **1-27-06 - 10:30 am** | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |