**COURTROOM DEPUTY MINUTES**  DATE: __11-22-2006__
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: _10:40am - 12:25pm_

- ☐ INITIAL APPEARANCE
- ☐ ✓ BOND HEARING
- ☒ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☒ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE __DRB__ | DEPUTY CLERK: __sql__ |
| CASE NO. __2:06MJ129-DRB__ | DEFT. NAME: __Bernetta WILLIS__ |
| USA: __Snyder__ | ATTY: __Tim Halstrom__ |

Type Counsel: ( ) Retained;  (✓ **Panel CJA**)  ( ) Waived;  ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | |
|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 |
| ☐kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ☐kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ ✓ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☒kdmhrg. | **Detention Hearing** ☒ held; ☐ set for _____ |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ☒kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☐karr. | **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ |
| | **DISCOVERY DISCLOSURES DATE:** _____ |
| ☐krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** |

Page: 2
Date: 11-22-2006
Case No: 2:06mj129-DRB & 06cr71-MEF

10:47am Testimony begins.
12:10pm Parties rest.
Court finds probable cause on both counts as to revocation petition and to complaint.
Court finds that detention is appropriate on the complaint.
12:25pm Court is recessed.

AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

**WITNESS AND EXHIBIT RECORD**

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 11/22/2006 | 06cr71-F & 06mj129-B | S. Q. Long, Jr., Courtroom Deputy | 3 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| John C. Hamilton | Snyder | Halstrom | Yes | Yes | MJ BOYD |
| Edward Kleppinger | Snyder | Halstrom | Yes | No | " |
| Bernard Ross | Snyder | Halstrom | Yes | Yes | " |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |