IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06mj129-CSC |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

**O R D E R**

Now pending before the court is the motion to dismiss complaint and motion to withdraw as counsel (doc. # 11) filed by the defendant. The government has included one charge from the complaint in a superseding indictment and advises the court that it doe not intend to pursue the other two charges of harboring a fugitive and accessory after the fact. Consequently, to the extent that the second superseding indictment does not contain these charges, it is

ORDERED that the motion to dismiss the complaint (doc. # 11) be and is hereby GRANTED.

Additionally. the defendant is now represented by Attorney Valerie Smedley. Accordingly, it is

ORDERED that the motion to withdraw as counsel (doc. # 11) be and is hereby GRANTED.

Done this 16th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE